UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ESSEX INSURANCE COMPANY

       v.                                                                 CA 13-432 ML

GILBERT ENTERPRISES, INC., d/b/a
CLUB FANTASIES

## ORDER

      This matter is before the Court on Defendant's objection to the Report and Recommendation issued by Magistrate Judge Sullivan on September 3, 2013.  Because this Court finds that the Magistrate Judge's recommendation to deny Defendant's Motion to Stay is not clearly erroneous or contrary to law, this Court adopts the Report and Recommendation. Fed. R. Civ. P. 72(a)

      Defendant's Motion to Stay is DENIED

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
September 23, 2013